**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

### I. CASE STYLE

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

Case No.: _____
Judge: _____

Jomary Mendez
Plaintiff
  vs.
Teco Energy, Inc
Defendant

### II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence -- other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999
    - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

**EXHIBIT A**

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.   Yes ☐   No ☒

**III.** **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☒ Non-monetary
- ☒ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**IV.** **NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

2

**V.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

**VI.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Donna V Smith     FL Bar No.: 661201
   Attorney or party                                                              (Bar number, if attorney)

Donna V Smith     02/12/2016
(Type or print name)                                                              Date

Filing # 37779752 E-Filed 02/12/2016 04:37:07 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JOMARY MENDEZ,

Plaintiff,

v.     Case No.:
       Division:

TECO ENERGY, INC.,
and its wholly owned subsidiary
TAMPA ELECTRIC COMPANY

Defendant.
_____/

REQUEST FOR DIVISION ASSIGNMENT

This is a request based on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the:

☒ Tampa Division

☐ East Division

☐ Prior Division (Please indicate Case Number and Division of previously filed action: _____)

I understand that the actual division assignment will be in accordance with the Hillsborough County Administrative Orders. If there is no supported request for specific division assignment, this action will be assigned a division based on a random and equitable distribution system.

Name of Attorney: Donna V. Smith

Address: Wenzel Fenton Cabassa, P.A.

      1110 N. Florida Avenue, Suite 300

      Tampa, Florida 33602

Phone Number: (813) 224-0431
Email Address(es): dsmith@wfclaw.com

Filing # 37779752 E-Filed 02/12/2016 04:37:07 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

**JOMARY MENDEZ,**

**Plaintiff,**

v.                                                                                  Case No.:
                                                                                    Division:

**TECO ENERGY, INC.,**
**and its wholly owned subsidiary**
**TAMPA ELECTRIC COMPANY**

**Defendant.**
_____/

## SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons, a copy of the Complaint, and Notice of Email Designation to:

**TAMPA ELECTRIC COMPANY**
**c/o ATTAL, C.A. III, Registered Agent**
**702 North Franklin Street**
**Tampa, Florida 33602**

    Each defendant is required to serve written defenses to the complaint or petition on Donna V. Smith, Plaintiff's attorney, whose address is Wenzel Fenton Cabassa 1110 N. Florida Avenue, Suite 300, Tampa, Florida 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____, 2016.

| Printed: Donna V. Smith, Attorneys for Plaintiff<br>Address: Wenzel Fenton Cabassa<br>1110 N. Florida Avenue, Suite 300<br>Tampa, Florida 33602<br>Email dsmith@wfclaw.com<br>Florida Bar No. : 661201 | **PAT FRANK**<br>As Clerk of the Court<br>By:<br><br>_____<br>As Deputy Clerk<br>(813) 757-3918 ext. |
|---|---|

**If you are a person with a disability who needs any accommodation in order**

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

Florida Rules of Civil Procedure Form 1.902(a), Summons (06/10)

**to access court facilities or participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact Court Administration within 2 working days of the date the service is needed to 800 E Twiggs Street, Room 604, Tampa, Florida 33602 or by telephone at 813-272-7040, hearing impaired 1-800-955-8771, voice impaired 1-800-955-8770 or via email at ada@fljud13.org.**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votreargent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligationsjuridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cetteformalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 37779752 E-Filed 02/12/2016 04:37:07 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JOMARY MENDEZ,

    **Plaintiff,**

v.                                                  Case No.:
                                                    Division:

TECO ENERGY, INC.,
and its wholly owned subsidiary
TAMPA ELECTRIC COMPANY

    **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JOMARY MENDEZ, by and through undersigned counsel, brings this Complaint against Defendants, TECO ENERGY, INC., and its wholly owned subsidiary TAMPA ELECTRIC COMPANY, and in support of her claims states as follows:

### JURISDICTION AND VENUE

1.    This is an action for damages in excess of $15,000, exclusive of interest, fees, and costs, for violations of the Family and Medical Leave Act of 1993, as amended, 29 U.S.C. § 2601 et seq. ("FMLA").

2.    Venue is proper in Hillsborough County, because all of the events giving rise to these claims arose in this County.

### PARTIES

3.    Plaintiff is a resident of Hillsborough County, Florida, and she worked in Hillsborough County.

4.    Plaintiff was an "eligible employee" within the meaning of the FMLA, 29 U.S.C. § 2611(2).

5. Defendants operate an electric utility company in Hillsborough County.

6. Defendants are an "employer" within the meaning of the FMLA, 29 U.S.C. § 2611(4).

## GENERAL ALLEGATIONS

7. This is an action to recover damages suffered by Plaintiff while employed by Defendants, when Defendants interfered with Plaintiff's rights under the FMLA and retaliated against Plaintiff for exercising these same rights.

8. Plaintiff has satisfied all conditions precedent, or they have been waived.

9. Plaintiff has retained the undersigned attorneys and agreed to pay them a fee.

10. Plaintiff requests a jury trial for all issues so triable.

## FACTS

11. Plaintiff began working for Defendants on or about May 1, 2006.

12. Plaintiff was an employee of Defendants, and she worked at least 1250 hours in the 12 months preceding her request for leave under the FMLA.

13. At all times relevant to the facts alleged in this Complaint, Plaintiff suffered from a medical condition that qualified as a serious health condition within the meaning of the FMLA.

14. On or about May 13, 2015, Plaintiff fell at work due to her serious health condition.

15. On or about July 2, 2015, Plaintiff submitted proper medical documentation to Defendants in support of her FMLA leave request to care for herself.

16. Plaintiff intermittently took FMLA leave due to her health condition.

17. On or about October 5, 2015, Plaintiff again requested FMLA leave due to her condition.

2

18. Despite Plaintiff submitting doctors' notes to Defendants, Defendants decided that Plaintiff's request was not related to her FMLA and denied Plaintiff's leave request.

19. On or about October 13, 2015, Plaintiff's employment was terminated for absences from work that should have been protected by the FMLA.

20. Plaintiff exercised her rights under the FMLA by requesting a leave of absence.

21. Defendants' denial of Plaintiff's leave request and subsequent termination of Plaintiff's employment violated Plaintiff's rights under the FMLA.

## COUNT I – FMLA INTERFERENCE

22. Plaintiff realleges and readopts the allegations of paragraphs 1 through 21 of this Complaint, as fully set forth herein.

23. Plaintiff required time off from work to care for herself, because she suffered from a serious health condition within the meaning of the FMLA, requiring leave protected under the FMLA.

24. By denying Plaintiff's leave request and subsequently terminating Plaintiff's employment for Plaintiff's FMLA protected absences from work, Defendants interfered with Plaintiff's FMLA rights, in violation of 29 U.S.C. §§ 2614(a)(1)(A) and 2615(a)(2).

25. Defendants' actions were willful and done with malice.

26. Plaintiff was injured due to Defendants' violations of the FMLA, for which Plaintiff is entitled to legal and injunctive relief.

**WHEREFORE**, Plaintiff demands:

    (a)    That this Court enter a judgment that Defendants interfered with Plaintiff's rights in violation of the FMLA;

    (b)    An injunction restraining continued violation of the FMLA;

(c)  Compensation for lost wages, benefits, and other remuneration;

(d)  Reinstatement of Plaintiff to a position comparable to Plaintiff's prior position with back pay plus interest, pension rights and all benefits or, in the alternative, enter a judgment pursuant to 29 U.S.C. Section 2617(a)(1)(A)(i)(II) against Defendants and in favor of Plaintiff for the monetary losses that Plaintiff suffered as a direct result of Defendants' violation of the FMLA;

(e)  Front pay;

(f)  Liquidated Damages;

(g)  Prejudgment interest on all monetary recovery obtained;

(h)  All costs and attorney's fees incurred in prosecuting these claims; and

(i)  For such further relief as this Court deems just and equitable.

## COUNT II – FMLA RETALIATION

27. Plaintiff realleges and readopts the allegations set forth in Paragraphs 1 through 21 of this Complaint, as fully set forth herein.

28. Plaintiff required time off from work to care for herself, because she suffered from a serious health condition within the meaning of the FMLA, requiring leave protected under the FMLA.

29. Plaintiff engaged in protected activity under the FMLA by exercising and/or attempting to exercise her FMLA rights.

30. Defendants retaliated against Plaintiff for engaging in protected activity under the FMLA by denying Plaintiff's FMLA leave request and subsequently terminating Plaintiff's employment.

31. Defendants' actions were willful and done with malice.

32. Plaintiff was injured due to Defendants' violations of the FMLA, for which Plaintiff is entitled to legal and injunctive relief.

**WHEREFORE**, Plaintiff demands:

(a) That this Court enter a judgment that Defendants retaliated against Plaintiff in violation of the FMLA;

(b) An injunction restraining continued violation of the FMLA;

(c) Compensation for lost wages, benefits, and other remuneration;

(d) Reinstatement of Plaintiff to a position comparable to Plaintiff's prior position with back pay plus interest, pension rights and all benefits or, in the alternative, enter a judgment pursuant to 29 U.S.C. Section 2617(a)(1)(A)(i)(II) against Defendants and in favor of Plaintiff for the monetary losses Plaintiff suffered as a direct result of Defendants' violation of the FMLA;

(e) Front pay;

(f) Liquidated Damages;

(g) Prejudgment interest on all monetary recovery obtained;

(h) All costs and attorney's fees incurred in prosecuting these claims; and

(i) For such further relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues so triable.

Dated this ____ day of February, 2015.

Respectfully submitted,

*/s/ Donna V. Smith*

**DONNA V. SMITH**
Florida Bar No. 0661201
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: 813-386-0995
Facsimile No.: 813-229-8712
Email: dsmith@wfclaw.com
Email: mcambronero@wfclaw.com
**Attorneys for Plaintiff**

Filing # 37779752 E-Filed 02/12/2016 04:37:07 PM

02-22-16P12:07 RCVD

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JOMARY MENDEZ,

Plaintiff,

v.

Case No.: 16-CA-1387
Division:

Served
Date: 2/22/16
Time: 12:55A
Process Server: by
Process# 07787484

TECO ENERGY, INC.,
and its wholly owned subsidiary
TAMPA ELECTRIC COMPANY

Defendant.
_____/

### SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

  **YOU ARE HEREBY COMMANDED** to serve this Summons, a copy of the Complaint, and Notice of Email Designation to:

**TAMPA ELECTRIC COMPANY**
c/o ATTAL, C.A. III, Registered Agent
702 North Franklin Street
Tampa, Florida 33602

  Each defendant is required to serve written defenses to the complaint or petition on Donna V. Smith, Plaintiff's attorney, whose address is Wenzel Fenton Cabassa 1110 N. Florida Avenue, Suite 300, Tampa, Florida 33602 within 20[1] days after the service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on __2/15__, 2016.

| Printed: Donna V. Smith, Attorneys for Plaintiff<br>Address: Wenzel Fenton Cabassa<br>1110 N. Florida Avenue, Suite 300<br>Tampa, Florida 33602<br>Email dsmith@wfclaw.com<br>Florida Bar No.: 661201 | PAT FRANK<br>As Clerk of the Court<br>By:<br><br>As Deputy Clerk<br>(813) 757-3918 ext. |
|---|---|

**If you are a person with a disability who needs any accommodation in order**

---

1 Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

to access court facilities or participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact Court Administration within 2 working days of the date the service is needed to 800 E Twiggs Street, Room 604, Tampa, Florida 33602 or by telephone at 813-272-7040, hearing impaired 1-800-955-8771, voice impaired 1-800-955-8770 or via email at ada@fljud13.org.

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votreargent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligationsjuridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cetteformalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 37779752 E-Filed 02/12/2016 04:37:07 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JOMARY MENDEZ,

Plaintiff,

v.

Case No.:
Division:

TECO ENERGY, INC.,
and its wholly owned subsidiary
TAMPA ELECTRIC COMPANY

Defendant.
_____/

## NOTICE OF DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE OF COURT DOCUMENTS

Plaintiff, TANYA SCOTT by and through her undersigned counsel, files this Notice of Designation of E-Mail Addresses for Service of Court Documents, Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), and designates the following e-mail addresses to be used for service of court papers in this action: mcambronero@wfclaw.com and dsmith@wfclaw.com.

Dated this ____ day of February, 2016.

Respectfully submitted,

_____
DONNA V. SMITH
Florida Bar Number: 661201
Direct Telephone No.: 813-386-0995
WENZEL FENTON CABASSA, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Main Telephone No: 813-224-0431
Facsimile: 813-229-8712
E-Mail: dsmith@wfclaw.com
E-mail: mcambronero@wfclaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the Defendant on the date the complaint was served.

_____
DONNA V. SMITH

Filing # 38236039 E-Filed 02/24/2016 04:25:41 PM

## RETURN OF SERVICE

State of Florida     County of Hillsborough     Circuit Court

Case Number: 16-CA-1387

Plaintiff:
**JOMARY MENDEZ**

2016008136

vs.

Defendant:
**TECO ENERGY, INC., and its wholly owned subsidiary TAMPA ELECTRIC COMPANY**

For:
Donna V. Smith
Wenzel, Fenton and Cabassa

Received by Brian Jarrett on the 17th day of February, 2016 at 5:06 pm to be served on **TAMPA ELECTRIC COMPANY c/o ATTAL, C.A. III, Registered Agent, 702 North Franklin Street, Tampa, FL 33602.**

I, Brian Jarrett, do hereby affirm that on the **22nd day of February, 2016 at 11:55 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint and Demand for Jury Trial, and Notice of Designation of E-Mail Addresses for Service of Court Documents** with the date and hour of service endorsed thereon by me, to: **Tami Music** as **Executive Assistant**, an employee who is authorized to accept service for **TAMPA ELECTRIC COMPANY**, in the absence of the Registered Agent, President, Vice President, Secretary, Treasurer, or any other corporate officer at the address of: **702 North Franklin Street, Tampa, FL 33602**, and informed said person of the contents therein, in compliance F.S. 48.081(3)(a).

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. The service, date, time, my initials and/or name, and identification number, if required by state statute, were listed on the documents served.

F.S. 92.525, UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THE FACTS IN IT ARE TRUE TO THE BEST OF MY KNOWLEDGE.

DATE: 2/24/16

Brian Jarrett
CPS 07-787484

**Tropical Surveillance and Investigations**
P.O. Box 10961
Tampa, FL 33679
(813) 258-8885

Our Job Serial Number: TPL-2016008136
Ref: Mendez, Jomary v. TECO Energy, Inc.

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

